927 A.2d 1286

IN THE MATTER OF LESLY R.H. DEVEREAUX
AN ATTORNEY AT LAW.

August 2, 2007.

### ORDER

**LESLY R.H. DEVEREAUX** of **PISCATAWAY,** who was admitted to the bar of this State in 1989, having been convicted in the Superior Court of New Jersey, Mercer County, of second-degree Official Misconduct in violation of *N.J.S.A.* 2C:30–2 and third-degree Misapplication of Entrusted Property and Property of Government in violation of *N.J.S.A.* 2C:21–15, and good cause appearing, and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–13(b)(1), that **LESLY R.H. DEVEREAUX** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LESLY R.H. DEVEREAUX** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **LESLY R.H. DEVEREAUX** comply with *Rule* 1:20–20 dealing with suspended attorneys.